IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHANNON M. BELL,**

**Plaintiff,**

**v.**

**ILLINOIS CENTRAL RAILROAD
COMPANY, INC, d/b/a CN/IC, and
M&C TRANSPORTATION, INC.,
A CORPORATION,**

**Defendants.**                                                       No. 05-CV-0904-DRH

### ORDER

**HERNDON, District Judge:**

      Pending before the Court is Illinois Central's motion to amend by interlineation Count II of Crossclaim (Doc. 153).  Illinois Central moves the Court to amend by interlineation paragraph 19 in Count II of its Crossclaim by striking the number "14.1" and replacing it with "16.1."   Said motion is **GRANTED**.

      **IT IS SO ORDERED.**

      Signed this 24th day of January, 2007.

                                                    /s/         David    RHerndon
                                                   **United States District Judge**