IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHANNON M. BELL**

    **Plaintiff,**

  **vs.**　　　　　　　　　　　　　　　　　　　**Cause No.  05-CV 904 DRH**

**ILLINOIS CENTRAL RAILROAD
COMPANY, INC.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

May 21, 2007　　　　　　　　　　By:___s/Patricia Brown_____
                                                  Deputy Clerk

APPROVED: /s/     David   RHerndon
          **U.S. DISTRICT JUDGE**